Matter of Seneca Meadows, Inc. v Town of Seneca Falls
2026 NY Slip Op 04127
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

IN THE MATTER OF SENECA MEADOWS, INC., PETITIONER/PLAINTIFF-RESPONDENT,
v
TOWN OF SENECA FALLS, TOWN OF SENECA FALLS TOWN BOARD, RESPONDENTS-DEFENDANTS, DIXIE C. LEMMON AND CONCERNED CITIZENS OF SENECA COUNTY, INC., RESPONDENTS-DEFENDANTS-APPELLANTS

Decided on June 26, 2026
MOTION NO. (648/24) CA 23-01878.
Present: Bannister, J.P., Montour, Delconte, And Hannah, JJ. (Filed June 26, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.